# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Cathy L. Waldor, U.S.M.J. |
| v. | : Mag. No. 13-7265 (CLW) |
| RONALD GARRIS JR.,<br>a/k/a "Muuk,"<br>a/k/a "Mooka,"<br>a/k/a "Sincere" | : **CRIMINAL COMPLAINT** |

I, Todd Bina, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with Federal Bureau of Investigation and that this Complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached page and made a part hereof.

_____
Todd Bina, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence,
on September 18, 2013, at Newark, New Jersey

_____
HONORABLE CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### COUNT 1

From on or about June 14, 2013 through on or about June 21, 2013 in the District of New Jersey, and elsewhere, defendant,

> RONALD GARRIS JR.,
> a/k/a "Muuk,"
> a/k/a "Mooka,"
> a/k/a "Sincere,"

did knowingly and willfully, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, identified herein as "Victim 1" knowing and in reckless disregard of the fact that Victim 1 had not attained the age of 18 years and that Victim 1 would be caused to engage in a commercial sex act, in violation of Title 18, United States Code, Sections 1591(a)(1) and 2.

**ATTACHMENT B**

  I, Todd Bina, am a Special Agent with the Federal Bureau of Investigation. I have knowledge of the following facts based upon both my investigation and discussions with other law enforcement personnel and others. Because this Affidavit is being submitted for the sole purpose of establishing probable cause to support the issuance of a complaint, I have not included each and every fact known to the government concerning this matter. Where statements of others are set forth herein, these statements are related in substance and in part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

  1. On or about June 22, 2013, law enforcement interviewed a minor victim, herein identified as Victim 1, who stated in substance and part, that she was recruited by the defendant RONALD GARRIS JR., a/k/a "Muuk," a/k/a "Mooka," a/k/a "Sincere," (hereinafter, "GARRIS"), on or about June 12, 2013 to work as a prostitute for him.

  2. On or about June 14, 2013, Victim 1 met GARRIS at the Best Western Hotel in South Plainfield, New Jersey.

  3. On or about June 18, 2013, GARRIS posted an advertisement on backpage.com, a website that is used to post advertisements. The advertisement contained explicit photographs of Victim 1, including a telephone number to reach her and the town in which she was located.

  4. On or about June 21, 2013, GARRIS set up "dates" for Victim 1 at the Howard Johnson in New Brunswick, New Jersey. GARRIS paid for the hotel room that Victim 1 used to perform sexual acts.

  5. Victim 1 stated that she had approximately 10 clients while working for GARRIS and that she earned approximately $100 - $200 per hour for performing sexual acts at GARRIS'S direction.

  6. On or about June 21, 2013, law enforcement interviewed GARRIS, who stated in substance and in part that he earned 40% of Victim 1's earnings from the commercial sex acts. Moreover, Victim 1 stated that she sent GARRIS text messages to advise him when her "dates" with the clients he found for her were complete. GARRIS admitted to law enforcement that he acted as a pimp to Victim 1 and others.

  7. Victim 1 introduced GARRIS to another young minor female (hereinafter "Victim 1's friend") and when Victim 1 did so, Victim 1 stated to GARRIS in substance and in part that Victim 1's friend was older than Victim 1.

  8. When interviewed, GARRIS told law enforcement that Victim 1's friend told him that she was 17 years old.