C1

MJW/2013R00776

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Crim. No. 15- 229 |
| RONALD GARRIS, JR., <br> a/k/a "Muuk," <br> a/k/a "Mooka," <br> a/k/a "Sincere" | : | 18 U.S.C. §§ 1591(a)(1), 1591(b)(2), and 1591(c) <br> 18 U.S.C. § 2 |

INFORMATION

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

From on or about June 14, 2013 to on or about June 21, 2013, in Middlesex County, in the District of New Jersey, and elsewhere, defendant

RONALD GARRIS, JR.,
a/k/a "Muuk,"
a/k/a "Mooka,"
a/k/a "Sincere,"

did knowingly, in and affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, and maintain by any means a person, namely, Victim 1, knowing, and in reckless disregard of the fact, and having had a reasonable opportunity to observe Victim 1, that Victim 1 had not attained the age of 18 years, and that such person would be caused to engage in a commercial sex act.

In violation of Title 18, United States Code, Sections 1591(a)(1), 1591(b)(2), 1591(c), and Section 2.

*[signature]*
PAUL J. FISHMAN
United States Attorney

CASE NUMBER: 15-

# United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

**RONALD GARRIS, JR.,**
a/k/a "Muuk,"
a/k/a "Mooka,"
a/k/a "Sincere"

# INFORMATION FOR

18 U.S.C. §§ 1591(a)(1), 1591(b)(2), 1591(c)
18 U.S.C. § 2

**PAUL J. FISHMAN**
U.S. ATTORNEY
NEWARK, NEW JERSEY

MEREDITH J. WILLIAMS
ASSISTANT U.S. ATTORNEY
(973)297-2013

USA-48AD 8
(Ed. 1/97)